UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| DERRICK JAMES WILLIAMSON, JR, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 7:19-cv-669-GMB |
| v. ) | |
| ) | |
| ALABAMA DEPARTMENT OF ) | |
| MENTAL HEALTH AND MENTAL ) | |
| RETARDATION, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

On June 25, 2019, Defendants Lynn Beshear, Lynn Hubbard, Annie Delois Jackson, Joe Long, and Joseph Rittner filed a Motion to Dismiss. Doc. 23. Pursuant to the General Order for Referral of Civil Matters to the United States Magistrate Judges of the Northern District of Alabama, dated January 2, 2015, the parties are REQUIRED to enter an election regarding the exercise of dispositive jurisdiction by a magistrate judge pursuant to 28 U.S.C. § 636(c) by no later than **August 9, 2019**. In the absence of consent by all parties, the Clerk is hereby DIRECTED to reassign the case without further order after **August 9, 2019**.

A telephone status conference is hereby SET for **10:00 a.m. on July 25, 2019**. The parties are DIRECTED to dial 888-636-3807 no less than five minutes before the status conference begins. The access code is 3676046. **The telephone**

**conference will be cancelled by separate order if all parties submit forms 24 hours in advance.**

The parties are directed to use the magistrate judge consent form on the CM/ECF system to elect or decline the exercise of magistrate judge jurisdiction. Unlike in the past, a party can **now** complete the consent form electronically and submit it through the Court's CM/ECF filing system at the following web address: https://ecf.alnd.uscourts.gov.  If a party submits the form electronically, the form will be delivered directly to the Clerk.  It will not be filed on the docket sheet, and no judge will have access to the form.  Alternatively, a party may print the form, complete it manually, and submit it to the Clerk's office.

You may decline magistrate judge jurisdiction without adverse consequences. The identity of any party who consents to or declines magistrate judge jurisdiction will remain unknown to the undersigned unless consent is unanimous.  The undersigned will only learn of a party's election to consent where all parties have consented.  In the event fewer than all of the parties elect to consent, the Clerk will not inform the undersigned of the identity of the non-consenting party or parties.  If all parties consent, a magistrate judge will exercise full and final dispositive jurisdiction, and all appeals will lie directly with the appropriate United States Court of Appeals.

DONE and ORDERED on July 16, 2019.

_____
GRAY M. BORDEN
UNITED STATES MAGISTRATE JUDGE