FILED

2019 Aug-08  PM 01:46
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## WESTERN DIVISION

FILED

2019 AUG -2  P 2: 26

N.D. OF ALABAMA

| | |
|---|---|
| DERRICK JAMES WILLIAMSON, JR. PRO SE | CASE NO.: **7:19-CV-00669-LSC** |
| ***PLAINTIFF*** | |
| V. | |
| ALABAMA DEPARTMENT OF MENTAL HEALTH AND MENTAL RETARDATION ET AL | JURY TRIAL DEMANDED |
| ***DEFENDANTS*** | |

## PLAINTIFF'S FIRST REQUEST IN RE SUBPOENA DUCES TECUM & REQUEST FOR SERVICE BY CERTIFIED MAIL

**COMES NOW**, the Plaintiff, Derrick James Williamson, Jr., in accordance with Rule 26(d)(2) of the Federal Rules of Civil Procedure and requests this Court certify the attached subpoena duces tecum regarding the following Defendants in this action:

1. Lynn Beshear – *Early Rule 34 Request (Production)*

2. Zelda Diane Baugher – *Early Rule 34 Request (Production)*

3. Lynn Hubbard – *Early Rule 34 Request (Production)*

4. Joseph Rittner – *Early Rule 34 Request (Production)*

5. Annie Delois Jackson – *Early Rule 34 Request (Production)*

6. Joe Long * 2 – *Early Rule 34 Request (Production)*

**WHEREFORE**, Plaintiff respectively requests a Clerk of this Court certify/sign the attached subpoena duces tecum and forward by certified mail pursuant to Federal Rules of Civil Procedure 45(b)(1) to the following:

**TERRI OLIVE TOMPKINS**
Attorney for Defendant(s)
1201 Greensboro Avenue
Tuscaloosa, Alabama, 35401

Respectfully Submitted,

Derrick James Williamson, Jr., Pro Se
8816 Old Greensboro Road, APT 20104
Tuscaloosa, Alabama, 35405
**Cellphone:** (205) 422-9664
**Email:** aeonpctech@live.com