# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

| | |
|---|---|
| **DERRICK JAMES WILLIAMSON, JR.,** ] | |
| ] | |
| **PLAINTIFF,** ] | |
| ] | **CIVIL ACTION NO.:** |
| v. ] | **7:19-CV-669-LSC** |
| ] | |
| **ALABAMA DEPARTMENT OF MENTAL HEALTH AND MENTAL RETARDATION, ET AL.,** ] ] ] | |
| **DEFENDANTS.** | |

---

**NOTICE**

This order contains specific mandatory time limits governing all future proceedings in this action. Parties and counsel are expected to abide by these limits and the court will not modify the limits except for good cause.

---

## **SCHEDULING ORDER  (New Rules)**

This order is entered under Fed. R. Civ. P. 16(b) based on the parties report of planning meeting.

1.   Pleadings.  No causes of action may be added by plaintiff after **1/1/2020**. No defenses or claims may be added by defendant after **1/1/2020**.

2.   Parties.  No parties may be added by plaintiff after **1/1/2020**. No parties may be added by defendant after **1/1/2020**.

3.   Mediation:  The Court will enter a mediation order on **5/7/2020**, unless the parties notify the Court in advance that mediation will not be helpful. A short email to the court's courtroom deputy

(shawn_murray@alnd.uscourts.gov) is all that is necessary to prevent entry of the mediation order.

4. Dispositive Motions: All potentially dispositive motions must be filed by **9/15/2020**.

5. Expert Testimony: Unless modified by order of the court, the disclosures of expert witnesses -- including a complete report under Fed. R. Civ. P. 26(a)(2)(B) from any specially retained or employed expert -- are due.
   From plaintiff:      **4/24/2020.**
   From defendant:   **6/1/2020**.

> **NOTICE**
> This standard order has recently been changed to include a requirement that the parties submit a joint status report at the close of discovery.

6. Discovery limitations and cutoffs:
   (a) Unless modified by order of the court:

Depositions:        Max. 10 by plaintiff;  Max. 10 by defendant
                    Maximum of 6 hours per deposition

Interrogatories:    Max. 30 by plaintiff, answer in 30 days
                    Max. 30 by defendant, answer in 30 days

Req. to Admit:      Max. 30 by plaintiff, answer in 30 days
                    Max. 30 by defendant, answer in 30 days

Doc. Requests:      Max. 30 by plaintiff, answer in 30 days
                    Max. 30 by defendant, answer in 30 days

   (b) Unless modified by court order for good cause shown:

Supplementation: Supplementation of disclosures and discovery under Fed. R. Civ. P. 26(e) due by **7/7/2020**.

Deadline: All discovery must be commenced in time to be completed by **8/7/2020**.

7. JOINT STATUS REPORT:
   Deadline: **8/21/2020**.

On or before the close of discovery, the parties shall submit a JOINT STATUS REPORT including: (a) A narrative statement of the case, which briefly summarizes the case without using "color" words or argument; (b) the undisputed material facts for which there is no reasonable basis for disagreement, set out in separately numbered paragraphs; (c) each plaintiff's claims, including each legal theory relied upon and the factual allegations he/she expects to prove in support of each legal theory; (d) for each claim against him, each defendant's legal theory, including the factual allegations he/she expects prove in support of each such legal theory.

The joint status report will be used in any subsequent summary judgment proceedings and shall be incorporated, in substantially unchanged form, in the final pretrial order. In setting out claims and defenses, vague, conclusory and general claims and allegations are not acceptable. In other words, <u>no weasel wording</u>. By this stage of the proceedings the parties are expected to know what the claims and defenses are and must state precisely the issues expected to be tried. Each claim or defense must be set out in separately numbered paragraph, appropriately labeled. <u>Think common law pleading</u>. Under each claim or defense, the party shall list any citations to the major cases, statutes, etc. that support the legal theory.

8. Additional conference(s): to be scheduled on or after **12/16/2020**.

9. Final lists: Final lists of trial witnesses, exhibits, and objections under Fed. R. Civ. P. 26(a)(3) must be served and filed:

   Witnesses: plaintiff by 30 days before trial
   defendant by 30 days before trial

   Exhibits: plaintiff by 30 days before trial
   defendant by 30 days before trial

Objections are to be filed within 14 days after receipt of above list(s).

10. Jury Trial: set for **2/16/2021** to be held in Tuscaloosa, AL.

Estimated trial time by parties is 7-8 days.

Marking of Exhibits: Each party that anticipates offering as substantive evidence as many as six (6) or more exhibits shall premark its exhibits in advance of trial, using exhibit labels and lists available from the Clerk of Court. By the time of trial, a copy of the exhibit list shall be served and filed, with the exhibits being made available for inspection by opposing counsel; the presentation of evidence at trial will not ordinarily be interrupted for opposing counsel to examine a document that has been so marked and made available for inspection.

Done this 13th day of August, 2019.

L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE
173538