IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| DERRICK JAMES WILLIAMSON, JR., PRO SE<br><br>*PLAINTIFF*<br><br>V.<br><br>ALABAMA DEPARTMENT OF MENTAL HEALTH AND MENTAL RETARDATION, ET AL<br><br>*DEFENDANTS* | CASE NO.: **7:19-CV-00669-LSC**<br><br>REQUEST FOR SUFFICIENT ANSWER |

**PLAINTIFF'S REQUEST FOR SUFFICIENT ANSWER
IN RE RITTNER'S RESPONSE TO INTERROGATORIES & ADMISSIONS**

    **COMES NOW**, the Plaintiff, Derrick James Williamson, Jr., and requests Defendant Rittner provide a sufficient answer to the following interrogatories and admissions pursuant to Rule 33, Rule 37(a)(3)(B)(iii), and Rule 36 of the Federal Rules of Civil Procedure:

### INTERROGATORIES

    5.    In regard to any duties, tasks, or opinions regarding the Plaintiff's employment, did you have any negative or adverse effect or present any negative or adverse ideals regarding his duties, tasks, communications, and/or opinions? **Defendant's Answer:** *"I have never been the Plaintiff's supervisor."*

    Answer is evasive and does not respond to question presented. Defendant is noticed to provide an answer of substance to the presented interrogatory prior to a Motion to Compel.

### ADMISSIONS

Case 7:19-cv-00669-LSC   Document 73   Filed 09/24/19   Page 2 of 3

2

17.    Minorities, among the applicants, were not selected although in possession of the preference education. (Subpart, Question 15) **Defendant's Answer:** *Deny that minorities were not selected because of race.*

Denial is insufficient; as the denial is evasive and does not admit or deny the presented statement. Defendant is to admit or deny that <u>only members of a protected class were in possession of the preference education of a Bachelor of Science degree and were not selected</u>. Plaintiff does not present whether such decisions were made but-for race. Defendant is noticed to provide an admittance or denial based upon the substance of the provided statement prior to a Motion to Compel.

Respectfully Submitted,

**Date:** Sunday, September 22, 2019

Derrick James Williamson, Jr, Pro Se
8816 Old Greensboro Road, APT 20104
Tuscaloosa, Alabama, 35405
**Cellphone:** (205) 422-9664
**Email:** aeonpctech@live.com

## CERTIFICATE OF SERVICE

I, Derrick James Williamson, Jr., hereby certify that on 9/22/2019, I mailed the foregoing to be conventionally filed by the Clerk of the Court which will send notification of such filing to the following. I further certify, that on 9/22/2019, the foregoing was sent to the following:

**EDWARD CARY HIXON**
Lead Attorney for Defendants
P.O. Box 301410
Montgomery, Alabama, 36130
*(Electronic Mailing)*

**TERRI OLIVE TOMPKINS**
Attorney for Defendant(s)
1201 Greensboro Avenue
Tuscaloosa, Alabama, 35401
*(Electronic Mailing)*

**THOMAS B. KLINNER**
Attorney for Defendant(s)
P.O. Box 301410
Montgomery, Alabama, 36130
*(Electronic Mailing)*

/s/ Derrick James Williamson, Jr.
Derrick James Williamson, Jr., Pro Se
8816 Old Greensboro Road, APT 20104
Tuscaloosa, Alabama, 35405
**Cellphone:** (205) 422-9664
**Email:** aeonpctech@live.com