# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ALABAMA
## WESTERN DIVISION

| | |
|---|---|
| **DERRICK JAMES WILLIAMSON, JR.** )( | |
| **PRO SE** )( | |
|     **Plaintiff,** )( | |
| )( | |
| **v.** )( | |
| )( | |
| **ALABAMA DEPARTMENT OF** | |
| **MENTAL** )( | **Case No. 7:19-cv-00669-LSC** |
| **HEALTH ET AL.,** )( | |
| )( | **UNOPPOSED** |
|     **Defendants.** )( | |

## DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME

The Defendants Alabama Department of Mental Health, Lynn Beshear, Zelda Diane Baugher, Lynn Hubbard, Annie Delois Jackson, Joe Long, Robert Anderson, Jr., and Joseph Rittner, respectfully request, pursuant to Federal Rule of Civil Procedure 6(b)(1)(A), an Extension of Time to respond to the Plaintiff's First Amended and Verified Complaint. The Plaintiff's First Amended and Verified Complaint was filed on October 4, 2019, which would make the Defendants' responsive pleading due on October 18, 2019.

The First Amended and Verified Complaint contains 385 paragraphs,[1] 16 causes of action, a 4-page prayer for relief, and 84 pages. Each paragraph is numbered differently than the paragraphs in the initial Complaint. Defense counsel

---

[1] This is 171 more paragraphs than the original Complaint.

has spent significant time reading the First Amended and Verified Complaint and comparing it to the initial Complaint. Not all of the causes of actions are pled against all Defendants. Defense counsel anticipates filing a separate responsive pleading for each of the eight Defendants because the claims are individualized.

Because of the length of the Complaint and the number of Defendants, undersigned counsel respectfully requests that this Court grant 14-day extension, which would make the responsive pleadings due November 1. The Plaintiff will not be prejudiced by an extension.

On October 15, counsel for the Defendants sent an email to the Plaintiff, requesting that he consent to an extension for the responsive pleadings of the Defendants. The Plaintiff agreed to a 14-day extension.

Defense counsel has been working diligently on this case. Since the hearing on September 25, 2019, the Defendants have filed pleadings responsive to the Plaintiff's Supplemental Complaint and have served answers to fourteen sets of discovery propounded by the Plaintiff (in addition to the six sets answered before the hearing). Since the hearing, the Plaintiff has served an additional eight sets of discovery to the Defendants.

In addition, one of the Defendants has been out of the office since October 10 and will return October 21. Undersigned defense counsel have each been in the office only one full day each since the Amended Complaint was filed and also have

other matters to which to attend, including hearings, depositions, and meetings that have been scheduled for several months

WHEREFORE, the Defendants request that this Honorable Court grant this Motion for Extension of Time and allow these Defendants until November 1, 2019 to file their responsive pleadings to the Plaintiff's First Amended and Verified Complaint.

Respectfully submitted,

TERRI OLIVE TOMPKINS (TOM-013)

*/s/ TERRI OLIVE TOMPKINS*
Attorney for Defendants
PHELPS, JENKINS, GIBSON & FOWLER, L.L.P.
1201 Greensboro Avenue
Tuscaloosa, Alabama 35401
Telephone: (205) 345-5100

EDWARD C. HIXON

*/s EDWARD C. HIXON*
Attorneys for Defendant ADMH
Alabama Department of Mental Health
Bureau of Legal Services
Department of Mental Health
P. O. Box 301410
Montgomery, AL 36130-1410

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing pleading or paper has been served upon:

Derrick James Williamson, Jr.
8816 Old Greensboro Road, Apt. 20104
Tuscaloosa, AL 35405

3

on this 15th day of October, 2019, by electronically filing, delivering a copy to each, by mailing a copy to each by first class United States Mail, postage prepaid, addressed to them at their last known address or, if no address is known, by leaving it with the Clerk of this Court.

                                            */s/ **TERRI OLIVE TOMPKINS***
                                            Attorney for Defendants