# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

| | |
|---|---|
| DERRICK JAMES WILLIAMSON, JR., ) ) ) Plaintiff, ) ) v. ) ) ALABAMA DEPARTMENT OF ) MENTAL HEALTH AND ) MENTAL RETARDATION, *et al.*, ) ) Defendants. | 7:19-cv-00669-LSC |

## ORDER

Pending before the Court are Plaintiff's motion to strike (doc. 72), Plaintiff's motion for official capacity substitution of parties (doc. 123), Plaintiff's motion for leave to file a Third Amended Complaint (doc. 125), Defendants' motions to dismiss (docs. 94 & 110), Defendant Annie Jackson's motion for extension of time to respond to discovery (doc. 128) and Plaintiff's motion for partial summary judgment (doc. 129).

Plaintiff's motion to strike certain of Defendants' affirmative defenses (doc. 72) is hereby DENIED with leave to refile such motion at another time.

Plaintiff's motion for leave to file his Third Amended Complaint (doc. 125) is hereby GRANTED. Accordingly, Defendants' pending motions to dismiss (docs. 94 & 110) are hereby TERMINATED AS MOOT. Plaintiff shall serve his Third Amended Complaint on Defendants by no later than fourteen (14) days from the date of this Order.

Plaintiff's motion for official capacity substitution of parties (doc. 123) is labeled as opposed. However, Plaintiff clarifies in his motion that he has made numerous attempts to ascertain Defendants' position on this motion but has received no answer. Accordingly, Defendants are ORDERED to notify the Court, within seven (7) days from the date of this Order, of whether they have any objection to the granting of Plaintiff's motion for substitution.

Defendant Annie Jackson's motion for extension of time to respond to discovery (doc. 128) is hereby GRANTED. The Court also acknowledges receipt of notice from Plaintiff that Defendant Jackson has already provided the outstanding Verified Interrogatories within the original time allotted.

Finally, the Court notes that, during the time prior to this Order's resolution of Plaintiff's motion for leave to file his Third Amended Complaint, Plaintiff filed a motion for partial summary judgment. (Doc. 129.) This Court's Uniform Initial

Order requires that Defendants file a response to Plaintiff's motion for partial summary judgment within twenty-one days after the motion was filed. (Doc. 36.) Because the Court now grants Plaintiff's motion for leave to file his Third Amended Complaint (doc. 125), Defendants shall file their response to Plaintiff's motion for partial summary judgment (doc. 129) no later than twenty-one (21) days from the date of this Order. Plaintiff's reply submission shall be filed no later than eleven (11) days after the date on which Defendants' responsive submission is now due.

**DONE** and **ORDERED** on February 19, 2020.

L. Scott Coogler
United States District Judge

199455