IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| DERRICK JAMES WILLIAMSON, JR., PRO SE<br><br>***PLAINTIFF***<br><br>V.<br><br>ALABAMA DEPARTMENT OF MENTAL HEALTH AND MENTAL RETARDATION, ET AL<br><br>***DEFENDANTS*** | CASE NO.: **7:19-CV-00669-LSC**<br><br>NOTICE |

**NOTICE IN RE DOC. 142 RENDERING DOC. 135
(MOTION TO DETERMINE SUFFICIENCY) MOOT**

**COMES NOW**, the Plaintiff, **DERRICK JAMES WILLIAMSON, JR.**, and provides **NOTICE** in regards to Docket Entry 142. The Plaintiff, and the respective Defendants subject to the respective motion, have come to resolution regarding the enclosed discrepancies concerning the indicated Requests for Admissions ("RFAs"). Defendants have amended 15 RFAs to comply with Rule 36 of the Federal Rules of Civil Procedure, the Plaintiff has compromised upon 2 RFAs to be addressed through alternate methods at a later date, and Defendant ADMH has permitted the amendment of 1 RFA to address its specificity.

**WHEREFORE**, Plaintiff respectfully notices this Honorable Court and your Honor that Doc. 135 may be rendered **MOOT** pursuant these amenable resolutions following this Court's Order.

Respectfully Submitted,

*/s/ Derrick Williamson*

**DERRICK JAMES WILLIAMSON, JR.**, *Pro Se*
8816 Old Greensboro Road, APT 20104
Tuscaloosa, Alabama, 35405-8854
**Cellular Phone:** (205) 422-9664
**Email:** aeonpctech@live.com
**E-Fax:** aeonpcinno@hpeprint.com

## CERTIFICATE OF SERVICE

I, Derrick James Williamson, Jr., hereby certify that on 4/18/2020, I mailed the foregoing to be conventionally filed by the Clerk of the Court which will send notification of such filing to the following via the CM/ECF system:

**EDWARD CARY HIXON**
Lead Attorney for Defendant
Alabama Department of Mental Health
P.O. Box 301410
Montgomery, Alabama, 36130

**THOMAS BAILEY KLINNER**
Attorney for Defendant
Alabama Department of Mental Health
P.O. Box 301410
Montgomery, Alabama, 36130

**TERRI OLIVE TOMPKINS**
Attorney for Individual Defendant(s)
Alabama Department of Mental Health
1201 Greensboro Avenue
Tuscaloosa, Alabama, 35401

**JOSEPH RANDALL LATHAM**
Attorney for Individual Defendant(s)
Alabama Department of Mental Health
1201 Greensboro Avenue
Tuscaloosa, Alabama, 35401

**ALICE ANN BYRNE**
Attorney for Defendant Jackie Graham
State of Alabama Personnel Department
64 North Union Street, Suite 316
Montgomery, Alabama, 36130

**LAURY BASWELL MORGAN**
Attorney for Defendant Jackie Graham
State of Alabama Personnel Department
64 North Union Street
Montgomery, Alabama, 36104

**TARA SMELLEY HETZEL**
Attorney for Defendant Jackie Graham
State of Alabama Personnel Department
64 North Union Street
Montgomery, Alabama, 36130

**DERRICK JAMES WILLIAMSON, JR.**, *Pro Se*
8816 Old Greensboro Road, APT 20104
Tuscaloosa, Alabama, 35405-8854
**Cellular Phone:** (205) 422-9664
**Email:** aeonpctech@live.com
**E-Fax:** aeonpcinno@hpeprint.com

7:19-CV-00669-LSC