# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

|  |  |  |
|---|---|---|
| DERRICK JAMES WILLIAMSON, JR., | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | 7:19-cv-00669-LSC |
| ALABAMA DEPARTMENT OF MENTAL HEALTH AND MENTAL RETARDATION, *et al.*, | ) ) ) ) ) | |
| Defendants. | ) ) | |

**ORDER**

On August 19, 2020, the Court held a hearing on this matter. This Order reflects decisions the Court announced at that hearing.

First, the Court DENIES Plaintiff's Motions to Compel (Docs. 169 and 176). However, the Court ORDERS defense counsel to create a privilege log (a) detailing which Requests for Document Production (RDP) defense counsel objects to and (b) stating the reason for each objection. Defense counsel must file this privilege log within fourteen (14) days of the August 19, 2020, hearing.

Second, the Court GRANTS Alabama Department of Finance's Motion to Quash Plaintiff's Non-Party Subpoena (Doc. 174) and Defendants' Motion to Quash Subpoena (Doc. 175).

Third, the Court DENIES Plaintiff's Motion for Partial Summary Judgment (Doc. 129). Once discovery ends, Plaintiff may refile a summary-judgment motion. In future summary-

judgment motions, Plaintiff may raise the same arguments he raised in his Motion for Partial Summary Judgment (Doc. 129).

Fourth, the Court DENIES Defendants' Motion to Dismiss Certain Counts of Plaintiff's Third Amended and Verified Complaint (Doc. 141). Defendants' may refile this motion once discovery ends.

**DONE** and **ORDERED** on August 28, 2020.

                                    L. Scott Coogler
                              United States District Judge

203323