# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### WESTERN DIVISION

| | |
|---|---|
| DERRICK JAMES WILLIAMSON, JR., PRO SE<br>***PLAINTIFF***<br>V.<br>ALABAMA DEPARTMENT OF MENTAL HEALTH AND MENTAL RETARDATION, ET AL<br>***DEFENDANTS*** | 2021 FEB -2 A 11: 53<br>U.S. DISTRICT COURT<br>N.D. OF ALABAMA<br><br>CASE NO.: **7:19-CV-00669-LSC**<br><br>INDEX |

## EVIDENTIARY MATERIAL INDEX

**COMES NOW**, the Plaintiff, **DERRICK JAMES WILLIAMSON, JR.**, in accordance with his **RESPONSE IN OPPOSITION** to Defendant Graham's Motion for Summary Judgment (Doc. 242), and presents the following evidentiary material, along with the Third Amended & Verified Complaint (Doc. 145), in support thereof:

### EVIDENTIARY MATERIAL

1. Plaintiff's Attached Exhibits;

    A. *Legislation: Police Officer Authority Established;*
    B. *Legislation: Merit System Act of 1939 Established;*
    C. *Legislation: Department of Mental Health Exclusion Authority Established;*
    D. *THSMF Policy 170-15 ("Police Officers, Authority of THSMF Police Services");*

2. Declarations;

    E. *Plaintiff's Unsworn Declaration;*

3. Discovery Avenues:

    F. *Graham's Answers to Interrogatories, Set Two;*
    G. *Graham's Amended Answers to Interrogatories, Set Two;*
    H. *Graham's Requests for Admissions, Set One;*

4. Plaintiff's Initial Disclosures:

    I. *123 – Letter to Commissioner Beshear;*
    J. *124 – Response from Commissioner Beshear.*

In accordance with Rule 901 of the Federal Rules of Civil Procedure, I authenticate that the foregoing Plaintiff's Initial Disclosures regarding this response are what the purport to be.

**EXECUTED:** Tuesday, February 2, 2021.

Respectfully submitted contemporaneously herewith,

*[signature]*

**DERRICK JAMES WILLIAMSON, JR.**, *Pro Se*
8816 Old Greensboro Road, APT 20104
Tuscaloosa, Alabama, 35405-8854
**Cellular Phone:** (205) 422-9664
**Email:** aeonpctech@live.com
**Secondary Email:** CEO@aeonpctech.com
**E-Fax:** aeonpcinno@hpeprint.com